# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George Edward Harris,

    Plaintiff(s),                                        JUDGMENT IN A CIVIL CASE

vs.                                                     3:05-cv-268

State of North Carolina,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/12/05 Order.

**Signed: August 12, 2005**

Frank G. Johns, Clerk
United States District Court